NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES BOUSHLEY, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,** Secretary of Veterans Affairs,
*Respondent-Appellee.*

---

2012-7051

---

Appeal from the United States Court for Veterans Claims in case no. 10-1431, Judge John J. Farley, III.

## ORDER

The United States Court of Veterans Claims ("Veterans Court") received Charles Boushley, Jr.'s notice of appeal on December 19, 2011. Judgment was entered by the Veterans Court on October 13, 2011. As such, a total of 65 days had elapsed between judgment and receipt of the appeal.

Section 7292(a), Title 38, United States Code requires that a notice of appeal of the decision of the Veterans Court be filed within 60 days after that court's entry of judgment or order.

Accordingly,

IT IS ORDERED THAT:

Mr. Boushley is directed to show cause, within the next 30 days, as to why his appeal should not be dismissed as untimely.

FOR THE COURT

JAN 2 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles Boushley, Jr.
    Christopher A. Bowen, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 2 7 2012

JAN HORBALY
CLERK